** E-filed March 2, 2011 **

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

KONSTANTINOS MOSHOGIANNIS, individually, et al.

Plaintiff(s),

V.

SECURITY CONSULTANTS GROUP, INC., et al,

Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-05971 HRL

Notice is hereby given that, subject to approval by the court, SECURITY CONSULTANTS GROUP, INC. substitutes
(Party (s) Name)

Sandra R. King_____, State Bar No. 106784_____ as counsel of record in
(Name of New Attorney)

place of Suzanne K. Roten (SBN 148533) of Wimberly Lawson Wright Daves and Jones PLLC.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      MANATT PHELPS & PHILLIPS, LLP
Address:        11355 W Olympic Blvd, Los Angeles, CA 90064
Telephone:      310-312-4000            Facsimile 310-312-4224
E-Mail (Optional): sking@manatt.com

I consent to the above substitution.
Date:   2/25/11                                 /s/ (Signature of Party (s))

I consent to being substituted.
Date:   Feb. 25, 2011                           /s/ K. Roten (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   Feb. 28, 2011                           /s/ Sandra R. King (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   March 2, 2011                           /s/ Judge
                                                HOWARD R. LLOYD
                                                United States Magistrate Judge

300218895.1                                     American LegalNet, Inc.
                                                www.FormsWorkflow.com