\*\* E-filed March 2, 2011 \*\*

♦ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KONSTANTINOS MOSHOGIANNIS, individually, et al.

                      Plaintiff (s),

V.

SECURITY CONSULTANTS GROUP, INC., et al,

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 10-05971 HRL

Notice is hereby given that, subject to approval by the court, SECURITY CONSULTANTS GROUP, INC. substitutes
                                  (Party (s) Name)

Sharon B. Bauman , State Bar No. 179312 as counsel of record in
(Name of New Attorney)

place of Suzanne K. Roten (SBN 148533) of Wimberly Lawson Wright Daves and Jones PLLC.
                                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          MANATT PHELPS & PHILLIPS, LLP

    Address:             One Embarcadero Center, 30th Floor San Francisco, CA 94111

    Telephone:         415-291-7400         Facsimile 415-291-7474

    E-Mail (Optional):    sbauman@manatt.com

I consent to the above substitution.

Date: 2/25/11

                                                  (Signature of Party (s))

I consent to being substituted.

Date: Feb. 25, 2011

                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/28/11

                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 2, 2011

HOWARD R. LLOYD
United States Magistrate Judge

300218899.1

American LegalNet, Inc.
www.FormsWorkflow.com