Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-mail: aharris@harrisandruble.com;
atreanor@harrisandruble.com

Attorneys for Plaintiff
KONSTANTINOS MOSHOGIANNIS

Sandra R. King (SBN 106784)
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: 310.312.4000
Fax: 310.312.4224
E-mail: sking@manatt.com

Sharon B. Bauman (SBN 179312)
Manatt, Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415.291.7400
Fax: 415.291.7474
E-mail: sbauman@manatt.com

Attorneys for Defendant
SECURITY CONSULTANTS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY CONSULTANTS GROUP, INC., a Tennessee Corporation, and Doe One through and including Doe Ten,<br><br>Defendants. | Case No: CV-10-05971 EJD<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO ACCELERATE TIME FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>*Pursuant to Local Rule 6-2*<br><br>Assigned to the Honorable Edward J. Davila, 280 S. 1st Street, San Jose, California 95113, Courtroom 1, 5th Floor |

1  Based on the Joint Stipulation to Accelerate Time for Hearing on Motion for
2  Preliminary Approval of Class-Action Settlement of the parties, and for good cause
3  shown, the hearing on the Motion for Preliminary Approval of Class-Action Settlement,
4  Conditional Certification of Settlement Class, and Approval of Notice Program [Docket
5  No. 21] ("Motion") set for hearing on September 23, 2011, at 9:00 a.m. is VACATED.
6  The hearing on the Motion shall be on _____July 22_____, 2011, at 9:00 a.m.
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  DATED: ___June 6___, 2011

_____
The Honorable Edward J. Davila
United States District Court