Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
E-mail: aharris@harrisandruble.com;
atreanor@harrisandruble.com

Attorneys for Plaintiff
KONSTANTINOS MOSHOGIANNIS

Sandra R. King (SBN 106784)
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel:  310.312.4000
Fax: 310.312.4224
E-mail:  sking@manatt.com

Sharon B. Bauman (SBN 179312)
Manatt, Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel:  415.291.7400
Fax: 415.291.7474
E-mail:  sbauman@manatt.com

Attorneys for Defendant
SECURITY CONSULTANTS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTINOS MOSHOGIANNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY CONSULTANTS GROUP, INC., a Tennessee Corporation, and Doe One through and including Doe Ten,<br><br>Defendants. | Case No:  CV-10-05971 EJD<br><br>[PROPOSED] ORDER SETTING STATUS CONFERENCE<br><br>Assigned to the Honorable Edward J. Davila, 280 S. 1st Street, San Jose, California 95113, Courtroom 1, 5th Floor |

1

[PROPOSED] ORDER SETTING STATUS CONFERENCE

1  Based on the Joint Stipulation to Set Status Conference, and for good cause shown,
2  the Court sets a Status Conference on _February 10_, 2012
3  at 10:00 a.m. in Courtroom 1 of the United States District Court for
4  the Northern District of California, located at 280 South First Street, San Jose, California
5  95113. Updated joint case management conference statement due February 3, 2011.
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8  DATED: _January 19_, 2012
9  _[signature]_
10  The Honorable Edward J. Davila
    United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER SETTING STATUS CONFERENCE